# GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 1200

To: **JASON C   CALLICOTT**   Grievance Received   3/25/2020
SPN# 1401470

From: Inmate Grievance Board

Ref: GRIEVANCE # 32172
PRISONER LOGISTICS DIVISION

*[Stamp/handwritten: Life Threatening emergency]*

The Inmate Grievance Board has received a grievance from Inmate
JASON C   CALLICOTT

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

---

I have investigated this grievance and determined it to be:

**X** Unfounded       ___ Founded/Resolved       ___ Founded/Unresolved

___ ATW/TDC          ___ OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate   CALLICOTT       on Date: 4/7/2020

---

Supervisor's printed name: _Karen Wallace_
Supervisor's Signature: _K. Wallace_       Date: 04/7/2020

Appeal Filed 4/7/20 (J.C)