UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 13 2020

David J. Bradley, Clerk of Court

JASON CALLICOTTE, et al.
            PLAINTIFFS                    CIVIL ACTION NO.

V.

Ed Gonzales, et al.
            DEFENDANTS

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Rule 23 Federal Rules of Civil Procedure and 28 USC 1915(e)(1) plaintiffs move for an order appointing counsel to represent them in this case. In support of this motion plaintiffs state:

1. Plaintiffs are indigent and can not afford counsel.
2. Plaintiffs' imprisonment will greatly limit their ability to litigate. The issues involved in this case are complex and will require significant investigation and research. Plaintiffs currently have no access to the Jail's Law Library due to COVID-19.
3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiffs to present evidence and cross examine witnesses.

Wherefore, plaintiffs request that the court appoint counsel in this case.

4/8/2020

Jason Callicotte
1200 Baker St
Houston, TX. 77002

(APPT. of Counsel)

ES0085-01-07