UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Jason Callicotte, et al.

    Plaintiffs

v.                     Civil Action No.

Ed Gonzales, et al.

    Defendants

**First Request for Production and Inspection**

Pursuant to Rule 34 of the Federal Rules of Civil procedure Plaintiffs request that Defendants Ed Gonzales and Darryl Coleman produce for inspection and copying the following documents:

1. Any and all medical records of Plaintiffs from the time of their incarceration at Harris County Jail through and including the date of your response to this request.

2. Any and all rules, regulations, and policies of Harris County Sheriffs office about treatment of Harris County Jail Detainees with underlying conditions in regard to COVID-19.

4/6/2020

                     Jason Callicotte #01401420

                     1200 Baker St.

                     Houston, Texas

                     77002

ES0085-01-07

(Discovery)