UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, (SPN 01401470) *Plaintiffs*, | § § § § | CIVIL ACTION NO. 4:20-cv-1369 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| ED GONZALEZ, *et al*, *Defendants*. | § § | |

### PLAINTIFFS' AGREED ADVISORY

Plaintiffs respectfully file this agreed advisory to inform this Honorable Court of the parties' statuses and positions.

1. The parties agree to expedited mediation before a federal magistrate.

2. The parties agree the proper party is Harris County, Texas.

3. The parties have agreed to engage in expedited discovery, which is ongoing and fruitful.

Respectfully submitted,

By: /s/ William Pieratt Demond
William Pieratt Demond
Attorney-in-Charge
Texas Bar No. 24058931
So. Dist. Texas No. 1108750
Email: william@demondlaw.com

DEMOND LAW, PLLC
1520 Rutland Street
Houston, Texas 77008
Tel: 713.701.5240
Fax: 713.588.8407

ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon Defendants' counsel via email.

/s/ William Pieratt Demond
William Pieratt Demond