UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, (SPN 01401470) *Plaintiffs*, | § § § § § | CIVIL ACTION NO. 4:20-cv-1369 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ED GONZALEZ, *et al*, *Defendants*. | § § § | |

PLAINTIFFS' AGREED MOTION FOR EXPEDITED MEDIATION

Plaintiffs respectfully file this agreed motion requesting expedited mediation before a federal magistrate between Plaintiffs and Harris County. Plaintiffs and Harris County are available to conduct such a mediation on any of the following dates: July 21-24, July 27-28, August 3-14, and August 24-28.

Respectfully submitted,

By: /s/ William Pieratt Demond
William Pieratt Demond
Attorney-in-Charge
Texas Bar No. 24058931
So. Dist. Texas No. 1108750
Email: william@demondlaw.com

DEMOND LAW, PLLC
1520 Rutland Street
Houston, Texas 77008
Tel: 713.701.5240
Fax: 713.588.8407

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Harris County's counsel concerning the foregoing motion and that Harris County agrees therewith.

/s/ William Pieratt Demond
William Pieratt Demond

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon Harris County's counsel via email.

/s/ William Pieratt Demond
William Pieratt Demond