**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, (SPN 01401470), Plaintiff, | § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-1369 JUDGE CHARLES ESKRIDGE |
| vs. | | |
| ED GONZALEZ, *et al*,, Defendant. | | |

## ORDER

Plaintiffs' agreed motion for expediated mediation before a federal magistrate between Plaintiffs and Harris County (Dkt. #35) is granted. The parties are ordered to be prepared to submit to said mediation before Magistrate Judge _____ on _____ at _____.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1