United States District Court
Southern District of Texas
**ENTERED**
August 28, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **CALLICOTTE, et al,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 4:20-cv1369 |
| | § | |
| **HARRIS COUNTY,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Sam Sheldon for a settlement conference. A settlement conference was conducted August 28, 2020. At the conclusion, all parties and the Court agreed to participate in a second settlement conference. The parties are hereby notified that a second settlement conference will be held at 9 a.m. on Tuesday, September 15, 2020.

**SIGNED** in Houston, Texas on August 28, 2020.

Sam S. Sheldon
United States Magistrate Judge