IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON COLBY CALLICOTTE, et al *Plaintiff,* | § § § § | |
| | § | CIVIL ACTION NO. 4:20-cv-1369 |
| V. | § § | |
| HARRIS COUNTY *Defendant.* | § § § § | JUDGE CHARLES ESKRIDGE |

## PLAINTIFFS' ADVISORY

Plaintiffs respectfully advise this Honorable Court that (1) their mediation with Magistrate Judge Sam Sheldon has been largely successful, (2) the Harris County Sheriff has signed a declaration detailing the steps Harris County is taking to protect all inmates at the Harris County Jail from the spread of the novel coronavirus that causes Covid-19 (attached), (3) the three remaining plaintiffs have all signed a settlement release, and (4) the parties will foreseeably proceed to litigate prevailing party status and attorneys' fees.

Respectfully submitted,

*/s/ William Pieratt Demond*
William Pieratt Demond
Attorney-in-charge
Texas Bar No. 24058931
So. Dist. Texas No. 1108750
Email: william@demondlaw.com

DEMOND LAW, PLLC
1520 Rutland Street
Houston, Texas 77008
Tel: 713.701.5240
Fax: 713.588.8407

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served by electronic notice to all parties of record on this the 24th day of December, 2020.

                              */s/ William Pieratt Demond*
                              William Pieratt Demond