IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al.*, §
Plaintiffs, § CIVIL ACTION NO. 4:20-cv-1369
§
vs. §
§
§
HARRIS COUNTY, § JUDGE CHARLES ESKRIDGE
Defendant. §
§

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY



My name is ▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮ to _____.

2. My SPN is ▮▮▮▮▮▮▮ _____.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ✓ I asked for a clean face mask and did not receive one.

   ✓ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ✓ I asked for soap and did not receive it.

Page 1 of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _a weak Amun system_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods: _Veterans Tank@ ArD 3E|A_

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

▮▮▮▮▮▮▮▮▮▮▮

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____

4. Additionally (optional) _Anybody could get sick at any time, because ..._

_____

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _11-18-2020_

Signature: ▮▮▮▮▮▮▮

Page 2 of 2.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

   approximately ▮▮▮▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮▮ .

2. My SPN is ▮▮▮▮▮▮▮▮▮ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

   they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

   receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

√ I witnessed another pre-trial detainee ask for soap and not receive it.

√ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): STAGE 4

KIDNEY DISEASE, PARALYZED .

√ I have personally witnessed officers not wearing masks inside the jail.

√ I was (at times relevant to this statement) housed in the following pods:

1FD2A, 2A1A, 2H1 .

√ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

███████████████████ .

√ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

ALL RANK

_____ .

4. Additionally (optional)._____

_____

_____

_____ .

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on 12·1·2020

Sign ███████████████

Page 2 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to ████████████.

2. My SPN is ████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): high blood pressure, foot infection.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

Joint prossing center, 1FD2A, 1mD3,.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

█████████████████████████.

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

All rankings officers

_____.

4. Additionally (optional),_____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on   12-01-20

Signature: █████████

Page **2** of **2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al,* | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to ████████████.

2. My SPN is ████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _high blood pressure_

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_Cell 212, mD4, 1ED2A_____.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

<span style="background:black">████████████████████████████</span>

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_All Ranking officers_____

_____.

4. Additionally (optional). _No practicing social distancing, no access_
_to hand Sanitizer, exposing us to covid-19 without_
_our Knowledge. Being a harsh conditions where we_
_have to sleep with a maskon._____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _12-01-20_____

Signature: <span style="background:black">████████████████</span>

Page **2** of **2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,
          *Plaintiffs*,

§
§
§

CIVIL ACTION NO. 4:20-cv-1369

vs.

§
§
§

HARRIS COUNTY,
          *Defendant*.

§
§
§

JUDGE CHARLES ESKRIDGE

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮ to ▮▮▮▮▮▮.

2.  My SPN is ▮▮▮▮▮▮.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

████████████████████████████████████.

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

*All RANKING OFFICERS* _____

_____

4. Additionally (optional). *No practicing social distances, no access to hand sanitizing, exposed to officers and inmates with covid-19 without our knowledge, being in horsh condintions where we have to sleep with mask on.*

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on 12-01-20 _____

Signature: ████████████████ _____

Page **2** of **2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,
        *Plaintiffs*,

vs.

HARRIS COUNTY,
        *Defendant*.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

JUDGE CHARLES ESKRIDGE

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to ___CURRENT___.

2.  My SPN is ███████████.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☐ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): ___Diabetic___.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

___JA09   1MD3___.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional). __My   mask   I   had   worn   for__
__3   weeks   was   lost   and   when   I   asked__
__for   a   new   one   They   gave   me   a   USED__
__one   that   was   obvious__.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___December  2nd___, ___2020___

Signature 

Page **2** of **2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| HARRIS COUNTY, | § | JUDGE CHARLES ESKRIDGE |
| *Defendant*. | § | |
| | § | |

# <u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

My name is ███████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to ███████████.

2. My SPN is ███████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

    5E1A  &  1MD2 _____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: ████████████████

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

    the name wasn't visible _____

    _____.

4. Additionally (optional). _____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ____Dec. 2, 2020_____

Signature: ████████████████

Page **2** of **2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████████. I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

   approximately ███████████████ to ___TBD___.

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

   they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

   receive one.

   ☐ I asked for soap and did not receive it.

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): OVER WEIGHT

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

1FD2A, 2D4 _____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____.

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

ALL RANK _____

_____.

4. Additionally (optional),_____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on 12 · 2 · 2020

Signature: ███████████████

Page 2 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████ am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████████ to *"12/10/2020", AND, "Longer.*

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _SLighT COVID/19_

_SympToms HEADACHE LASTED, FOUR(4) To FIVE(5) DAYS. "AND",_
_AFTeR High Fever. Difficulty BREATHING ON 08/05/2020._
☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:
_4TH FLO_
_THE 6TH FLOOR POD, 3RD FLOOR PoD, THEN SENT TO THE QuARA_
_pod ON THE 4TH ELooR. NOW, "ON THE 6FiB POD. STARTED AT_   ee
☑ I would like to testify concerning my COVID-19-related conditions of   _TiHE JOINT_
_PROCESSiNG_
_CENTER_
confinement in the Harris County Jail and upon release can be reached at:   _(JPC)_

[redacted]

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_Mr. ██████ Tejaosha, MRS. ABOTT, MR. SACHS, Ms. MCCARTE_
_MR. TijeRNA, MR. CUTLeR, MS. ALLEN, SGT. MINTON_

4. Additionally (optional). _I HAD TO TAKE NOSE SWAB tESTS_
_FOR TWELVE(12) CONSECUTIVE DAYS. FEVER_
_REMAINED HIGH. "SWALLOW," LIQUID ELECTROLYTE_
_" ELUID "FOR "ENERGY "BOOST. HEADACHE. WAS_
_"I," WAS, "ILL, "FELT WEAK. "BECAME, FERRFUl". NON-STOP_

## DECLARATION
_"ANXIETY "INCREASED"_
_"THROUGHOUT," "ILLNESS."_
I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _DecemBeR 2ND 2020._

Signature [redacted]

Page **2** of **2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

   approximately ▮▮▮▮▮▮▮▮▮▮ to _2020 etc_____.

2. My SPN is ▮▮▮▮▮▮▮▮▮_____.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

   they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

   receive one.

   ☑ I asked for soap and did not receive it.

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): High Blood Pressure,

Diabetic                                                                  .

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

S F 1 (Ms. Albert) not waring a face mask (Young) too.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

██████████████████████                                                    .

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

I don't remember the officer name because I

have't seen him in a while.                                              .

4. Additionally (optional). I have been put in the position where

I actually had the coronavirus, did not recieve medication

for it because the officer would not sent me to get treatment

I have and now still in a funk with 50 people which is against the

They do not come around and clean,   social distance mandate. Every month if you check SF1 have been on quintine.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on 12-3-20                          

Signature: ████████████████               

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████████ to ██████████████.

2. My SPN is ████████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _COVid/19_ _Symptoms_.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods: _6 7h floor_.

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon ████████████████████

████████████████████████████████████

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap: _Mr Tejerto_ _____.

4. Additionally (optional). _Took Nose swab_ _____

_____

_____

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _Dec 2 2d 2020_

Signature: ████████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

    approximatel ▮▮▮▮▮▮▮▮▮▮▮ o *CurrentLy StiLL Incarcerated*

2. My SPN is ▮▮▮▮▮▮▮▮▮ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

    they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

    receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

✔ I witnessed another pre-trial detainee ask for soap and not receive it.

✔ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): "I" EXPERIENCE, Difficulty BREATHING, SEVERE, FREQUENT, HEADACHES, HIGH FEVER SYMPTOMS, THAT LASTED FOR OVER FIVE(5) DAYS,

✔ I have personally witnessed officers not wearing masks inside the jail.

✔ I was (at times relevant to this statement) housed in the following pods: I WAS ON THE 6TH FLOOR POD. QUARRANTEENED "FOR TWO(2) FU WEEKS, "ON THE 4TH FLOOR. WAS N THE 3RD FLOOR POD. STAF AT THE JOINT PROCESSING CENTER (JPC)

✔ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

_____.

✔ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

SGT. MINTON, MRS. ABOTT, MS. MCCARTER, MR. SACHS, MR. CUTLER. MR. TIERNA, MS. ALLEN, MS. MCCARTER.

4. Additionally (optional). I HAD TO TAKE NOSE SWAB TEST WHI "QUARANTEENED, "FOR" TWO(2) FULL WEEKS". "DEVELOPED, "HI FEVER SYMPTOMS", WHICH "Remained, "HIGH", "TAKEN," LIQUID", "ELECTROLYTE, TO "RE-BOOST", MY ENERGY LEVEL. CONSTANT," HEADACHE'S. I. WAS. "ILL" FELT WEAK, BECAME FERRFUL OF DY "FEELINGS OF ANXIETY THROUGH," ILLNESS."

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on December 3RD 2020

Signature: ████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮ to ▮▮▮▮▮▮ .

2. My SPN is ▮▮▮▮▮▮ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _THe Loss oF_

_TASTe f THe RunSoF BowMovemeNT_ .

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_3 Levels_ .

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_____

_____.

4. Additionally (optional),_____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _Dec 3 / 2020_

Signature:

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮▮▮ to Still here.

2.  My SPN is ▮▮▮▮▮▮▮▮▮▮.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _N O_

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:
SF 1
_____.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

█████████████████████████████████████████████████.

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:
I Just got here
_____.

4. Additionally (optional),_____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _12 - 3 - 20_

Signature: ████████████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al,*
            *Plaintiffs,*

vs.

HARRIS COUNTY,
            *Defendant.*

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

JUDGE CHARLES ESKRIDGE

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮.

2. My SPN is ▮▮▮▮▮▮▮.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☐ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

✓ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _____

_____.

✓ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

Single man pods with COVID-19 people

✓ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

████████████████████████████

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_____

_____.

4. Additionally (optional). _____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on Dec, 3, 2020

Signature: ████████████

Page **2** of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮ to _____.

2. My SPN is ▮▮▮▮▮▮.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☐ I asked for a clean face mask and did not receive one.

    ☐ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☐ I asked for soap and did not receive it.

Page **1** of **2**

☐ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_____.

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional), The Deputies do not keep the Day area or the holding cells "Clean"

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___12/3/20___

Signature: _____

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from
   approximately ▮▮▮▮▮▮ to ▮▮▮▮▮▮.

2. My SPN is ▮▮▮▮▮▮.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _I0~ immune system_

_after Being shot and having 3 surgeries_.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_Guards Speaking to me with no mask in my face_

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

▆▆▆▆▆▆▆▆▆▆ _____.

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_Rotating officers_ _____

_____.

4. Additionally (optional). _____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _12-3-2020_

Signature: ▆▆▆▆▆▆▆▆

Page 2 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from
   approximately __12/5/18__ to __8/3/20__.

2. My SPN is __C/1/01470__.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm
   they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not
   receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☐ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_____ 5E2B        3E2B _____.

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional),_____

_____

_____

_____.

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _12/3/70_____

Signature: _Jason C_____

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

    approximately ███████████ to ████████████.

2.  My SPN is ████████████.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

    they are true and correct at any time after June 1, 2020:

    ☐   I asked for a clean face mask and did not receive one.

    ☐   I witnessed another pre-trial detainee ask for a clean face mask and not

        receive one.

    ☑   I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Asthma , hypertension_

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:
_SF1_
_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:
_ZOOM_
_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional)._____

_____

_____

_____.

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ____ _12/3/20_ ____

Signature: _____

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is  am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮ to ▮▮▮▮▮.

2.  My SPN is ▮▮▮▮▮.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☐ I asked for soap and did not receive it.

Page **1** of **2**

☒ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _No Soap /_

_distance_.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_been quarantine more than 2 time (5F )_

☐ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

_No treatment, Just quarantine_

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_refuse to wear a Name tag._

4. Additionally (optional). _need social distance and_
_release nonviolence pre trial_
_detainees_

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _Dec. 4, 2020_

Signature: ███████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

   approximately ████████████████ to _____.

2. My SPN is ██████████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

   they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

   receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_F 1_____.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

_____.

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_____

_____.

4. Additionally (optional)._____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _Dec - 5- 2020_

Signature: ███████████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,　　　　　§　　　CIVIL ACTION NO. 4:20-cv-1369
　　　　　*Plaintiffs*,　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　　　§　　　JUDGE CHARLES ESKRIDGE
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
HARRIS COUNTY,　　　　　　　　　§
　　　　　*Defendant.*

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ██████████████████████ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to To date / Dec 25, 2020

2. My SPN is ████████

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

　　☑ I asked for a clean face mask and did not receive one.

　　☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

　　☑ I asked for soap and did not receive it.

Page **1** of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _I'm a Heart_ _patient, ~~scratched out~~ High Blood Presure_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods: _701 5th floor & 7 floor/ 1200 Baker 4th floor & 3d floor_

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: ███████

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_Ms. Girskin - She is First Shift CD on 3E1A sun thru Thur._
_Sgt. Valentine (First Shift)_

4. Additionally (optional). _I was Put in Quitine when I first got here for 14 Days Removed and Put in a Dorm in 701 San Jancito that was infected with COVID-19. Then I was Removed from that Dorm and Put back in Quitine at 1200 Baker 3E1A Refired By DaviD Spates SPN 00283945_

**DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _Dec 18, 2020_

Signature: ███████

Page **2** of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, et al.
Plaintiffs,

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

vs.

HARRIS COUNTY.
Defendant.

JUDGE CHARLES ESKRIDGE

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to Dec. 20, 2020 (and going)

2. My SPN is ███████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ✓ I asked for a clean face mask and did not receive one.

   ✓ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ✓ I asked for soap and did not receive it.

Page 1 of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _COPD, TB_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_5F4 @ 701 San Jonecito, 4 Floor 800Baker, 3E1A 1200 Baker_

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_Srg. Valtane (First Shift)_

4. Additionally (optional). _____

_See Attached Papers_

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _Dec. 20, 2020_

Signature

Page 2 of

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE. *et al.* | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs.* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY. | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am over 18 years of age. of sound mind, capable of making this unsworn declaration. and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail. (2) within my personal knowledge. (3) true, AND (4) correct.



1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮▮▮▮▮ to  12·20  2020  and still going

2.  My SPN is ▮▮▮▮▮▮▮▮▮▮▮ .

3.  By placing a checkmark (✓) in the boxes next to the following sentences. I affirm they are true and correct at any time after June 1. 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page 1 of 2

.

☒ I witnessed another pre-trial detainee ask for soap and not receive it.

☒ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): High Blood pressure  Dietbetic .

☒ I have personally witnessed officers not wearing masks inside the jail.

☒ I was (at times relevant to this statement) housed in the following pods:
1200 Baker SH-2 / 3C1 1200 Baker / 3E-1 .

☒ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:
███████████████████████

☒ The following Harris County employees refused to provide pre-trial detainees with masks or soap:
Stg. Valentine  First shift

4. Additionally (optional). Being held on a bogas charge with a parole hold which might as well be a death Sentence cause I can't bond out due to parole hold Can't due social distancing 6-foot due to 20/15 dorm 3E-1A Refered By ███████████

**DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on  12 - 20 - 2020 

Signature: ███████████████

Page 2 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ████████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████████ to ████████████████

2.  My SPN is ████████████████.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): diabetes a

high blood pressure & allergies.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

3 E 1 A

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

[redacted]

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

☒ Detention officer Barr, Detention

Officer Richard Hinton.

4. Additionally (optional). Being confined with undlined

Condition caused me to get MAD related

(Major Depression Disorder) condition to resurface

resurface and Now I was put back on Medication

for Depression.                              Referred: by

[redacted]

## DECLARATION

Please send more copies

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on  12-22  2020

[redacted]

Signature:

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JASON C. CALLICOTTE, *et al*,  §     CIVIL ACTION NO. 4:20-cv-1369
           *Plaintiffs,*          §
                                   §
vs.                                §
                                   §
                                   §     JUDGE CHARLES ESKRIDGE
HARRIS COUNTY,                     §
           *Defendant.*           §

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to ██████████.



2. My SPN is ██████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☐ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _I have had Headache throwing uneck and was Tested for the Covid-19_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods: _5B4 701 And 3E 1A_.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_Do not had No contract because I lose everything_

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_Detention Officer Mc Barr_
_Detention Officer Hinton_.

4. Additionally (optional). _Do to this I cant go to Trial, I'm also been denied med they Take A long time to see us, the just Trap in here, I wasto excced_ ▮▮▮▮

P.S. send
Some make Copyies About 25

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _Dec 21, 2020_

Signature: ▮▮▮▮

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

    approximately ▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮

2. My SPN is ▮▮▮▮▮▮▮▮ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

    they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not

    receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

3F2 , & 3E1A_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

███████████████████████████████████████████.

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

Detention Officer Richard Hudson
Detention Officer Roger NA/NA.

4. Additionally (optional), _____

Referred by. ███████████████

Please Send more Copies

_____.

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on  12- 21- 2020

Signature: ████████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al,* | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY



My name is _____ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from
    approximately _____ to _____.

2.  My SPN is _____.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm
    they are true and correct at any time after June 1, 2020:

    ✓ I asked for a clean face mask and did not receive one.

    ✓ I witnessed another pre-trial detainee ask for a clean face mask and not
    receive one.

    ✓ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _hypo- GlaCEMIA_

_____.

☐ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_6B1, 2F1, 2K1_____.

☐ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via ██████

██████████████████████████████████████████████

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_OFFICERS COPE, SYMS, BAPTISTE, DEllARD_

_RNG, WOODS,_____.

4. Additionally (optional), _WE HAVE NOT BEEN GIVEN_
_ANY EDUCATIONAL MATERIAL and as of this_
_DATE NONE of this INFORMATION is AVAILABLE_
_ON THE KIOSK OR ANY other FORM_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _12-30-2020_____

██████████████████████████

Signature: ████████████████████████

Page **2** of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound

mind, capable of making this unsworn declaration, and not disqualified from making these

statements. The statements contained within this declaration are (1) made voluntarily to assist in

a federal civil rights case against Harris County concerning COVID-19-related conditions at the

Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from

   approximately ████████████  *CurRently IncaRcaRat*

2. My SPN is ██████████████ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm

   they are true and correct at any time after June 1, 2020:

   ☒ I asked for a clean face mask and did not receive one.

   ☒ I witnessed another pre-trial detainee ask for a clean face mask and not

   receive one.

   ☒ I asked for soap and did not receive it.

Page **1** of **2**

☒ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☒ I have personally witnessed officers not wearing masks inside the jail.

☒ I was (at times relevant to this statement) housed in the following pods:

2C, 3C, APC _____.

☒ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

█████████████████████████████████████████████████████
█████████████████████████████████████████████████████.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional) At Harris County Jail, it's not clean nor is cleaning supplies being passed out to us inmates at the county jail. _____.

**DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on __1-4-21__

Signature █████████████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to ███████████.

2. My SPN is ███████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☐ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): *High Blood*

*PRESSURE*

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

*5 D - 1 A*

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

*All RANK. will Not pass out mask*

4. Additionally (optional),

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _____ *1 - 4 - 21* _____

Signature:_____

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,      §      CIVIL ACTION NO. 4:20-cv-1369
        *Plaintiffs*,                      §
                             §
                             §
vs.                                §      JUDGE CHARLES ESKRIDGE
                             §
HARRIS COUNTY,                     §
        *Defendant*.                       §

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████████, I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████████ to ███████████████.

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Mental Illneg_ _depRession_    _CoPD_    _Osteo-myliess._

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: ███████████  ████████████  ██████████

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_All RANKing OfficeRS_____

_____.

4. Additionally (optional)._____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _1-4-21_

Signature: ████████████████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,     §     CIVIL ACTION NO. 4:20-cv-1369
          *Plaintiffs*,     §
    §
    §
vs.                  §     JUDGE CHARLES ESKRIDGE
    §
    §
HARRIS COUNTY,     §
          *Defendant.*     §

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is █████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ██████████████ to ██████████████.

2. My SPN is ████████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

     ☑ I asked for a clean face mask and did not receive one.

     ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

     ☑ I asked for soap and did not receive it.

Page **1** of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): High Blood PRESSURE .

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:
5D-1    3F-2    4D-2 .

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:
███████████ .

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:
All Rank didn't give me or any Employees A mask while I was there? .

4. Additionally (optional). .

---

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on  1 - 4 - 21 

Signature: ███████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*,<br>*Plaintiffs*, | §<br>§<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-1369 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY,<br>*Defendant*. | §<br>§ | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ██████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to ████████████.

2. My SPN is ████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ✓ I asked for a clean face mask and did not receive one.

    ✓ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ✓ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): High Blood pressure, Depression anxiety attacks .

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods: 5A1-2F2- 4F2-7H2-6H1- 3B2-5D1 .

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

██████████████████████ .

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

All Rank didn't give Me or any employees a Mask while I was here .

4. Additionally (optional), _____

_____

_____

_____

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on 1-4-21

Signature ███████████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,          §          CIVIL ACTION NO. 4:20-cv-1369
       *Plaintiffs*,                           §
                        §
                        §
vs.                                          §          JUDGE CHARLES ESKRIDGE
                        §
                        §
HARRIS COUNTY,                               §
       *Defendant*.                            §

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ████████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ██████████████ to ██████████████.

2. My SPN is ██████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☒ I asked for a clean face mask and did not receive one.

    ☒ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☒ I asked for soap and did not receive it.

Page **1** of **2**

X   I witnessed another pre-trial detainee ask for soap and not receive it.

X   I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Crohn's Disease Asthma, Protein C Deficiency, Pulmonary Disease_ _Embolisms_.

X   I have personally witnessed officers not wearing masks inside the jail.

X   I was (at times relevant to this statement) housed in the following pods: _4N1, 5D1A_

X   I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: ██████████

X   The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_Numerous officers on the 2nd shift on Pod 4N1 and All ranking officers_

4.   Additionally (optional), _____

_____

_____

_____

### **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _January 4, 2021_

Signature: ███████████

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████ . I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to ███████████.

2. My SPN is ███████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☐ I asked for a clean face mask and did not receive one.

    ☐ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☐ I asked for soap and did not receive it.

Page **1** of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_____ 5-D-1-A / 3-6-1 _____

_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

██████████████████████████████████████████

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional), _____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on *2019 to 2021 This date 1/4/2021*

Signature: ████████████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al,* | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to ██████████.



2. My SPN is ██████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ✓ I asked for a clean face mask and did not receive one.

   ✓ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ✓ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Chronic_

_BronChidis_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_2F1 (1200 Baker)_

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

████████████████████████

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_Baptist, Cope, ing, Dillard, Ferros, Woods_
_and others_

4. Additionally (optional). _We have only been getting_
_Laundry once a week and without Clean_
_Socks or towels_

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _1. 4, 2021_

Signature: ████████████████████

Page **2** of **2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,
        *Plaintiffs,*

vs.

HARRIS COUNTY,
        *Defendant.*

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

JUDGE CHARLES ESKRIDGE

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████ to PRESENT.

2. My SPN is _____.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

    ☑ I asked for a clean face mask and did not receive one.

    ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

    ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _ASTHMA_

_____

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_____

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

4. Additionally (optional), _HAND  SANITIZER  HAS NEVER  BEEN  PROVIDED  AND  SOCIAL DISTANCING  HAS  NEVER  BEEN PRACTICED  OR  ENFORCED_.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _1.4.21_

Signature: ████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

My name is ▮▮▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮▮.

2. My SPN is ▮▮▮▮▮▮▮▮▮.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release ~~can be~~ reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional). *This is in humanity, hundred-thousands of people have passed- in a unseen enemy- this something we never incountered before - and these people not taking our lives seriously*

**DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___*Jan 4. 2021*___

Signature: ███████████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ██████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████████ to _____NOW_____.

2. My SPN is ██████████ .

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☐ I asked for a clean face mask and did not receive one.

   ☐ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of 2

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Sicka - cell_

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_SCZ / 621A / ZEZA / 2F1_____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional), _We ARe missing Numorouse court_
_dates Because we can not go to court due to_
_Qurintine Observation_

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _1/4/2021_

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ██████████████████ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████ to *Current*.

2. My SPN is ██████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:

_____ *IA09 / 2E1* _____.

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

██████████████████████████████████████████

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap:

_____

_____.

4. Additionally (optional), _____

_____

_____

_____.

## **DECLARATION**

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on  *1/4/2021* 

Signature  ████████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from
   approximately ___████████████___ to ___████████████___.

2. My SPN is ___████████___.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm
   they are true and correct at any time after June 1, 2020:

   ☐ I asked for a clean face mask and did not receive one.

   ☐ I witnessed another pre-trial detainee ask for a clean face mask and not
   receive one.

   ☐ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

2F|_____.

☑ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

_____[redacted]_____.

☑ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

DiLLARD, BA tiste, DUENtAS, Burton,

_____.

4.  Additionally (optional)._____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on ___1/6/2021_____

Signature [redacted]

Page **2** of **2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,
    *Plaintiffs*,

vs.

HARRIS COUNTY,
    *Defendant*.

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

JUDGE CHARLES ESKRIDGE

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████████ to ███████████████.

2. My SPN is ████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

 ☐ I asked for a clean face mask and did not receive one.

 ☐ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

 ☑ I asked for soap and did not receive it.

Page **1** of **2**

☐ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or

death if I caught COVID-19, including (optional): _____

_____.

☐ I have personally witnessed officers not wearing masks inside the jail. *Sims, DILLARD, woods, ING,*

☐ I was (at times relevant to this statement) housed in the following pods:

_____2F1_____ .

☐ I would like to testify concerning my COVID-19-related conditions of

confinement in the Harris County Jail and upon release can be reached via:

▉▉▉▉▉▉▉▉▉▉

☐ The following Harris County employees refused to provide pre-trial detainees

with masks or soap:

_Sims, DILLARD, WOODS, ING, DUENTAS, COOK,_

_____.

4. Additionally (optional)._____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _____1/5/20_____

Signature: ▉▉▉▉▉▉▉▉▉▉

Page **2** of **2**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,
    *Plaintiffs*,

vs.

HARRIS COUNTY,
    *Defendant*.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-cv-1369

JUDGE CHARLES ESKRIDGE

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ████████████████████ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████████ to *Present* .

2. My SPN is ████████████████

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _not having Cleaning Supplys and face mask_.

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods:
_5B2 , 2C3_

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:
_ms. Boniche (5F3)(201)_

4. Additionally (optional). _It would Be Better if the put the new inmate to do full Qurantine not only 5 or 6 days for are on Safety_.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _1-5-2021_

Signature: ███████████

Page **2** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JASON C. CALLICOTTE, *et al*,  §    CIVIL ACTION NO. 4:20-cv-1369
    *Plaintiffs*,  §
         §
         §
vs.  §    JUDGE CHARLES ESKRIDGE
         §
         §
HARRIS COUNTY,  §
    *Defendant.*  §

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ██████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.  I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████████████████.

2.  My SPN is ██████████████.

3.  By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

  ☑ I asked for a clean face mask and did not receive one.

  ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

  ☑ I asked for soap and did not receive it.

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _____
_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:
SEI, 3A2, 6AIA, 2FI

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:
██████████ ████ ██████.

☑ The following Harris County employees refused to provide pre-trial detainees with masks or soap:
Dillard, babtiste Cope, ing, willie, paetoe, and many others.

4. Additionally (optional). _____
_____
_____
_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _____ Jan 5th, 2021

Signature: ████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ___████████████████___ to ___Now___.

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☐ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☐ I asked for soap and did not receive it.

Page **1** of **2**

☐ I witnessed another pre-trial detainee ask for soap and not receive it.

☐ I had pre-existing conditions that made me vulnerable to significant injury or
death if I caught COVID-19, including (optional): _____

_____.

☑ I have personally witnessed officers not wearing masks inside the jail.

☐ I was (at times relevant to this statement) housed in the following pods:

701 Harris County Jail _____.

☐ I would like to testify concerning my COVID-19-related conditions of
confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees
with masks or soap:

_____

_____.

4. Additionally (optional)._____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and
correct.

Executed on _____ 1-5-22 _____

Signature:_____

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓ I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.



1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▓▓▓▓▓▓▓▓ to ▓▓▓▓▓▓▓▓.

2. My SPN is ▓▓▓▓▓▓▓▓.

3. By placing a checkmark (✓) in the boxes next to the following sentences, I affirm they are true and correct at any time after June 1, 2020:

   ☑ I asked for a clean face mask and did not receive one.

   ☑ I witnessed another pre-trial detainee ask for a clean face mask and not receive one.

   ☑ I asked for soap and did not receive it.

Page **1** of **2**

☑ I witnessed another pre-trial detainee ask for soap and not receive it.

☑ I had pre-existing conditions that made me vulnerable to significant injury or death if I caught COVID-19, including (optional): _Bladder_ _Stimulator_

☑ I have personally witnessed officers not wearing masks inside the jail.

☑ I was (at times relevant to this statement) housed in the following pods: _2F7, 6F2_

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____.

☐ The following Harris County employees refused to provide pre-trial detainees with masks or soap: _dillard, Sims, cope, babtiste,_ _ect._

4. Additionally (optional). _____

_____

_____

_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _Jan 5th 2021_

Signature: ██████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

My name is ███████████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ___████████████___ to ___████████████___.

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the box(es) next to the following sentence(s), I affirm that it is true and correct and that I have personal knowledge thereof:

   ☑ The Harris County Jail did not provide me with access to educational literature concerning COVID-19 until after January 1, 2021;

   ☑ Harris County did not provide me with laundry twice a week until after January 1, 2021 for:

   | | | |
   |---|---|---|
   | ☑ sheets | ☑ socks | ☐ boxers |
   | ☑ towels | ☐ uniforms | |

   ☑ **I do not know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

   ☐ **I know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

   ☐ I have required soap, a mask, or cleaning materials in the jail since December 1, 2020, asked for it via the jail kiosk, **AND** did not receive it;

   ☑ I have seen Harris County personnel not wearing masks in the jail since December 1, 2020;

   ☐ I have reported Harris County personnel not wearing masks in the jail since Dec. 1, 2020;

Page **1** of **2**

☑ The link to the inmate handbook on the Harris County Jail kiosk was not functional until after January 1, 2021;

☑ The kiosk to which I had access in the jail was not functional at any time after June 1, 2020;

    i.  approximately   _3_   times;       ii.  for approximately  _15_  days total;

☑ I reported that my kiosk was not working at any time after June 1, 2020;

☐ I filed a grievance and/or appeal concerning the kiosk to which I had access at any time after June      1,      2020,      including      grievance      (and/or      appeal)      numbers

_____

_____ ;

☐ I have filed grievances and/or appeals pertaining to the Harris County Jail's provision of masks, soap, cleaning supplies, or laundry since June 1, 2020, including grievance (and/or appeal) numbers_____

_____ ;

☐ The outcome of those grievances and/or appeals was _____

_____ ;

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris      County      Jail      and      upon      release      can      be      reached      via:

_____ ;

☐ I have been threatened by Harris County personnel concerning my filing of grievances in the jail since June 1, 2020;

4. Additionally        (optional),_____

_____

_____ .

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _2 - 9 - 21_____

Signature: █████████████████████████████

Page **2** of **2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HARRIS COUNTY, | § | |
| *Defendant*. | § | |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ████████████████ to ████████████████.

2. My SPN is ████████████.

3. By placing a checkmark (✓) in the box(es) next to the following sentence(s), I affirm that it is true and correct and that I have personal knowledge thereof:

    ☑ The Harris County Jail did not provide me with access to educational literature concerning COVID-19 until after January 1, 2021;

    ☑ Harris County did not provide me with laundry twice a week until after January 1, 2021 for:

    | | | |
    |---|---|---|
    | ☑ sheets | ☑ socks | ☐ boxers |
    | ☑ towels | ☐ uniforms | |

    ☑ **I do not know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

    ☐ **I know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

    ☐ I have required soap, a mask, or cleaning materials in the jail since December 1, 2020, asked for it via the jail kiosk, **AND** did not receive it;

    ☑ I have seen Harris County personnel not wearing masks in the jail since December 1, 2020;

    ☐ I have reported Harris County personnel not wearing masks in the jail since Dec. 1, 2020;

- ⟋ The link to the inmate handbook on the Harris County Jail kiosk was not functional until after January 1, 2021;

- ☒ The kiosk to which I had access in the jail was not functional at any time after June 1, 2020;
    - i. approximately ___3___ times;
    - ii. for approximately ___15___ days total;
- ☐ I reported that my kiosk was not working at any time after June 1, 2020;
- ☐ I filed a grievance and/or appeal concerning the kiosk to which I had access at any time after June 1, 2020, including grievance (and/or appeal) numbers

_____
_____;

- ☐ I have filed grievances and/or appeals pertaining to the Harris County Jail's provision of masks, soap, cleaning supplies, or laundry since June 1, 2020, including grievance (and/or appeal) numbers_____

_____;

- ☐ The outcome of those grievances and/or appeals was _____

_____;

- ☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____;

- ☐ I have been threatened by Harris County personnel concerning my filing of grievances in the jail since June 1, 2020;

4. Additionally        (optional),_____

_____
_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___Feb 9, 2021___

Signature ████████████████████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, | § | CIVIL ACTION NO. 4:20-cv-1369 |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, | § | |
| *Defendant.* | § | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ███████████████ to _____.

2. My SPN is ███████████████.

3. By placing a checkmark (✓) in the box(es) next to the following sentence(s), I affirm that it is true and correct and that I have personal knowledge thereof:

   ☑ The Harris County Jail did not provide me with access to educational literature concerning COVID-19 until after January 1, 2021;

   ☑ Harris County did not provide me with laundry twice a week until after January 1, 2021 for:

   | | | |
   |---|---|---|
   | ☑ sheets | ☑ socks | ☐ boxers |
   | ☑ towels | ☐ uniforms | |

   ☑ **I do not know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

   ☐ **I know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

   ☐ I have required soap, a mask, or cleaning materials in the jail since December 1, 2020, asked for it via the jail kiosk, **AND** did not receive it;

   ☑ I have seen Harris County personnel not wearing masks in the jail since December 1, 2020;

   ☐ I have reported Harris County personnel not wearing masks in the jail since Dec. 1, 2020;

Page **1** of **2**

☑ The link to the inmate handbook on the Harris County Jail kiosk was not functional until after January 1, 2021;

☑ The kiosk to which I had access in the jail was not functional at any time after June 1, 2020;
   i. approximately __3__ times;       ii. for approximately __15__ days total;

☑ I reported that my kiosk was not working at any time after June 1, 2020;

☐ I filed a grievance and/or appeal concerning the kiosk to which I had access at any time after June 1, 2020, including grievance (and/or appeal) numbers

_____

_____ ;

☐ I have filed grievances and/or appeals pertaining to the Harris County Jail's provision of masks, soap, cleaning supplies, or laundry since June 1, 2020, including grievance (and/or appeal) numbers_____

_____ ;

☐ The outcome of those grievances and/or appeals was _____

_____ ;

☑ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via:

_____ ;

☐ I have been threatened by Harris County personnel concerning my filing of grievances in the jail since June 1, 2020;

4. Additionally       (optional),_____

_____

_____ .

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___2-9-21_____

Signature: ███████████████████████

Page **2** of **2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*,<br>Plaintiffs, | §<br>§<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-1369 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY,<br>Defendant. | §<br>§<br>§ | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

My name is ▮▮▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1. I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ▮▮▮▮▮▮▮▮▮▮ to _PRESENT_.

2. My SPN is ▮▮▮▮▮▮▮▮.

3. By placing a checkmark (✓) in the box(es) next to the following sentence(s), I affirm that it is true and correct and that I have personal knowledge thereof:

    ☑ The Harris County Jail did not provide me with access to educational literature concerning COVID-19 until after January 1, 2021;

    ☑ Harris County did not provide me with laundry twice a week until after January 1, 2021 for:

    | | | |
    |---|---|---|
    | ☑ sheets | ☑ socks | ☐ boxers |
    | ☑ towels | ☐ uniforms | |

    ☑ **I do not know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

    ☑ **I know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

    ☑ I have required soap, a mask, or cleaning materials in the jail since December 1, 2020, asked for it via the jail kiosk, **AND** did not receive it;

    ☑ I have seen Harris County personnel not wearing masks in the jail since December 1, 2020;

    ☐ I have reported Harris County personnel not wearing masks in the jail since Dec. 1, 2020;

☑ The link to the inmate handbook on the Harris County Jail kiosk was not functional until after January 1, 2021;

☑ The kiosk to which I had access in the jail was not functional at any time after June 1, 2020;
    i.  approximately ___3___ times;    ii.  for approximately __15__ days total;
☑ I reported that my kiosk was not working at any time after June 1, 2020;

☐ I filed a grievance and/or appeal concerning the kiosk to which I had access at any time after June 1, 2020, including grievance (and/or appeal) numbers _____;

☐ I have filed grievances and/or appeals pertaining to the Harris County Jail's provision of masks, soap, cleaning supplies, or laundry since June 1, 2020, including grievance (and/or appeal) numbers_____;

☐ The outcome of those grievances and/or appeals was _____;

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: _____;

☐ I have been threatened by Harris County personnel concerning my filing of grievances in the jail since June 1, 2020;

4.  Additionally    (optional),_____
_____
_____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on ___FEB. 9TH, 2021_____

Signature: ███████████████████████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JASON C. CALLICOTTE, *et al*, <br>　　　　　　*Plaintiffs*, | § <br> § <br> § | CIVIL ACTION NO. 4:20-cv-1369 |
| | § | |
| vs. | § <br> § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| HARRIS COUNTY, | § | |
| 　　　　　*Defendant.* | § | |

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

　　　　My name is ███████████████████. I am over 18 years of age, of sound mind, capable of making this unsworn declaration, and not disqualified from making these statements. The statements contained within this declaration are (1) made voluntarily to assist in a federal civil rights case against Harris County concerning COVID-19-related conditions at the Harris County Jail, (2) within my personal knowledge, (3) true, AND (4) correct.

1.　I am (or was) a pre-trial detainee in the Harris County (Texas) Jail from approximately ██████████████ to ████████████████.

2.　My SPN is ████████████.

3.　By placing a checkmark (✓) in the box(es) next to the following sentence(s), I affirm that it is true and correct and that I have personal knowledge thereof:

　□ The Harris County Jail did not provide me with access to educational literature concerning COVID-19 until after January 1, 2021;

　□ Harris County did not provide me with laundry twice a week until after January 1, 2021 for:

　　□ sheets　　　　　□ socks　　　　　□ boxers
　　□ towels　　　　　□ uniforms

　□ **I do not know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

　□ **I know how** to ask for soap, a mask, or cleaning materials via the jail kiosk;

　□ I have required soap, a mask, or cleaning materials in the jail since December 1, 2020, asked for it via the jail kiosk, **AND** did not receive it;

　☑ I have seen Harris County personnel not wearing masks in the jail since December 1, 2020;

　□ I have reported Harris County personnel not wearing masks in the jail since Dec. 1, 2020;

☐ The link to the inmate handbook on the Harris County Jail kiosk was not functional until after January 1, 2021;

☐ The kiosk to which I had access in the jail was not functional at any time after June 1, 2020;
    i. approximately _____2_____ times;      ii. for approximately __4__ days total;

☐ I reported that my kiosk was not working at any time after June 1, 2020;

☐ I filed a grievance and/or appeal concerning the kiosk to which I had access at any time after June 1, 2020, including grievance (and/or appeal) numbers _____ _____;

☐ I have filed grievances and/or appeals pertaining to the Harris County Jail's provision of masks, soap, cleaning supplies, or laundry since June 1, 2020, including grievance (and/or appeal) numbers_____ _____;

☐ The outcome of those grievances and/or appeals was _____ _____;

☐ I would like to testify concerning my COVID-19-related conditions of confinement in the Harris County Jail and upon release can be reached via: _____;

☐ I have been threatened by Harris County personnel concerning my filing of grievances in the jail since June 1, 2020;

4. Additionally    (optional),_____ _____ _____.

## DECLARATION

I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

Executed on _____

Signature: ███████████████████████